UNION FORK & HOE COMPANY et al., Appellants, v. ALBERT YAURNO, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the

weight of the evidence. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.